# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :  No. 317
                                          :
REAPPOINTMENT TO THE                      :  DISCIPLINARY BOARD APPOINTMENT
DISCIPLINARY BOARD OF                     :  DOCKET
PENNSYLVANIA                              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2022, Gretchen A. Mundorff, Esquire, Fayette County, is hereby reappointed as a member of the Disciplinary Board of Pennsylvania for a term of three years, commencing April 1, 2022.